IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lee, Alesia Deloris

Printed: 10/14/08

Case Number: 04 B 27376
Judge: Wedoff, Eugene R
Filed: 7/23/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 9, 2008
Confirmed: September 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 13,864.19 |  |
| Secured: |  | 6,894.77 |
| Unsecured: |  | 3,438.91 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 676.19 |
| Other Funds: |  | 654.32 |
| Totals: | 13,864.19 | 13,864.19 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,200.00 | 2,200.00 |
| 2. | HSBC Auto Finance | Secured | 6,894.75 | 6,894.77 |
| 3. | Americash Loans, LLC | Unsecured | 74.36 | 111.80 |
| 4. | HSBC Auto Finance | Unsecured | 681.59 | 1,024.81 |
| 5. | Check N Go | Unsecured | 64.47 | 96.93 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 86.00 | 129.31 |
| 7. | Capital One | Unsecured | 145.51 | 218.79 |
| 8. | RoundUp Funding LLC | Unsecured | 179.70 | 270.19 |
| 9. | S & C Employees Credit Union | Unsecured | 935.63 | 1,406.78 |
| 10. | Aspire Visa | Unsecured | 119.91 | 180.30 |
| 11. | Devon Financial Services Inc | Unsecured |  | No Claim Filed |
| 12. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 13. | University of Chicago Hospital | Unsecured |  | No Claim Filed |
| 14. | ICS | Unsecured |  | No Claim Filed |
| 15. | Preferred Cash Loans | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,381.92 | $ 12,533.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 103.58 |
| 4% | 37.00 |
| 3% | 33.77 |
| 5.5% | 185.75 |
| 5% | 56.29 |
| 4.8% | 106.83 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lee, Alesia Deloris | Case Number:  04 B 27376 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/14/08 | Filed:  7/23/04 |

                              5.4%                        152.97

                                                  _____
                                                $ 676.19

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                            Marilyn O. Marshall, Trustee, by:

